## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, TENNESSEE


**JOYCE A. VANEMON, surviving spouse**
**of Robert W. Vanemon, Sr., deceased,**

      Plaintiffs

vs.                                           No: 3:04-cv-00376


**CENTRAX LOGISTICS, INC.,**

      Defendants


## ORDER OF COMPROMISE AND DISMISSAL

COME the parties, by counsel, and announce to the Court that all matters in controversy between them have been compromised and settled.

IT IS ORDERED that the above cause of action be and is hereby dismissed with full prejudice against refiling same.

IT IS FURTHER ORDERED that there is no prevailing party in this action so that no party is entitled to make any claim for statutory costs. All other costs and expenses shall be borne by the parties incurring same.

      **SO ORDERED.**


                                            <u>    s/ H. Bruce Guyton                    </u>
                                            Honorable H. Bruce Guyton, Magistrate
                                            United States District Court

**APPROVED FOR ENTRY:**



S/David Craig Lee
David Craig Lee  (BPR No: 15217)
**LAW OFFICES OF J.D. LEE**
422 S. Gay Street, Suite 301
Knoxville, TN  37902
865-544-0101
Attorney for Plaintiff



S/ John M. Lawhorn
John M. Lawhorn  (BPR No: 14388)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
865-546-9321
Attorney for Defendants